1  Your name: NADIA ZAWAIDEH
2  Address: 229 NORTHWOOD DRIVE
3  SOUTH SAN FRANCISCO, CA 94080
4  Phone Number: 650 834-4971
5  Fax Number: _____
6  E-mail Address: NADIAZAWAIDEH@yahoo
7  Pro Se  [Select one: Plaintiff or Defendant]

**FILED**
JAN 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

LB

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

[Select one location: San Francisco / Oakland / San Jose / Eureka]

**CV 19 80 015 MISC**

12  NADIA ZAWAIDEH
13  
14       Plaintiff(s),
15  vs.
16  U.S. CITIZENSHIP AND
17  IMMIGRATION SERVICES
18
19
20
21       Defendant(s).

Case Number: _____

Title of Document:
MISCELLANEOUS CASE
~~APPEARS~~ CITIZENSHIP AND
IMMIGRATION

23  NADIA ZAWAIDEH REQUESTED AND PETITIONED STATEMENT
24  FOR USCIS TO CHANGE HER BIRTHDATE FROM
25  FEBRUARY 2, 1954 TO JULY 1, 1954. WHEN
26  NADIA WAS NATURALIZED, IMMIGRATION PUT
27  THE INCORRECT BIRTHDAY ON THE NATURALIZATION
28  FORM. USCIS DENIED HER REQUEST AND

TITLE OF DOCUMENT: _____   CASE NO.: _____
PAGE NO. ___ OF ___   [JDC TEMPLATE]

PETITION TO MAKE THE CHANGE STATING THEY DO NOT HAVE LEGAL JURISDICTION TO DO SO. USCIS STATED IN A LETTER THAT AN ORDER FROM THE UNITED STATES DISTRICT COURT, MUST BE GRANTED IN ORDER TO MAKE THAT CHANGE.

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

Date: 1/17/19   Sign Name: [signature]
Print Name: NADIA ZAWAIDGH

TITLE OF DOCUMENT:_____ CASE NO.:_____

PAGE NO. ____ OF ____   [JDC TEMPLATE]

I, Nadia Zawaideh, requested and petitioned the United States Citizenship and Immigration Services to change my birthdate from February 2, 1954 to my actual birthdate July, 1, 1954. When I was naturalized, immigration services put the incorrect birthdate on the naturalization certificate. I completed document N-565 and included supporting documents and evidence. I included my original Naturalization certificate and original birth certificate. In response to the application, USCIS sent correspondence back to me stating they need additional evidence. They stated in the letter that there are two issues with the application.

**Issue #1: They required a clear and legible copy of a recent photo identity document showing my picture, name, and date of birth.**

**Issue #2: USCIS states they do not have legal jurisdiction to change the birthdate on the naturalization certificate. They will allow such a change upon approval from the court presiding over the naturalization. U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AT SAN FRANCISCO, presided over the Naturalization.**

USCIS explains that I must request a hearing and present evidence to a judge of that court and that if the judge deems it proper, they may issue an order making this change. USCIS will make the change as requested upon receiving a copy of the court order granting the change from the Federal court.

I am now filing a Miscellaneous case against USCIS, so I can make the change as I am nearing my retirement and I do not want to jeopardize the retirement process. It has taken me this long to request the change because I was unclear of how to go about changing the information. My employer also had the incorrect birthdate and I did not want additional confusion. I explained at the time of the naturalization that my birthdate was incorrect and the official did not make the change.

I have included all supporting documents as evidence. Those documents include:

1. Copy of my birth certificate which is in English
2. Copy of my Driver's License
3. Copy of my U.S. Passport
4. Copy of all correspondence from USCIS
5. Copy of my Social Security Card

I did not include a copy of my Naturalization certificate because USCIS did not return the original document. They only returned the original birth certificate. When I contacted USCIS to return the document, they informed me that I must fill out form G-885. I was unable to complete the form because they required information that was on the Naturalization certificate. Unfortunately, I did not make a copy of the naturalization certificate. USCIS has held onto the document since it is the document that I requested be changed.

January 11, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

NADIA ZAWAIDEH
229 NORTHWOOD DR
SOUTH SAN FRANCISCO, CA 94080
USA



IOE0905611200

RE: N-565, Application for Replacement
Naturalization/Citizenship Document

A026-333-003

### REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested below. Include duplicate copies if you are requesting consular notification.

**Your response must be received in this office by April 8, 2019.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. 8 Code of Federal Regulations (8 CFR) 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. See 8 CFR 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and **complete** English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

Processing of your N-565 will resume upon receipt of your response. If you have not heard from USCIS within **60 days of responding**, you may contact the USCIS Contact Center at **1-800-375-5283**. If you are hearing impaired, please call the USCIS Contact Center TDD at **1-800-767-1833**.

**Issue #1:**
Please submit a clear and legible copy of a recent photo identity document showing your picture, name, and date of birth. Such a document can be a clear and legible copy of the identity page from your passport, a clear and legible copy of a current driver's license, or another type of photo ID with the same information. The identity document copy must clearly show your photograph and identity information.

**Issue #2:**

Your application bears a different date of birth than your original certificate of Naturalization and you are requesting that USCIS change this date on your certificate. Your Form N-565 indicates your date of birth has changed from **February 2, 1954** to **July 1, 1954**.

The pertinent text of subsection 340(j) of the Immigration and Nationality Act as amended (1986) reads:

> Nothing contained in this section shall be regarded as limiting, denying, or restricting the power of any naturalization court, by or in which a person has been naturalized, to correct, reopen, alter, or vacate its judgement or decree naturalizing such person, during the term of such court or within the time prescribed by the rules of procedure or statutes governing the jurisdiction of the court to take such action.

It is not lawful for USCIS to change your date of birth as we do not have jurisdiction to do so. USCIS records indicate that you naturalized before a Federal Court prior to the amendment of the Immigration and Nationality Act by the Immigration Act of 1990 (IMMACT 90). This law transferred naturalization authority from the courts to the Agency, now known as the Department of Homeland Security, on October 1, 1991. The law cited above, which predates IMMACT 90, allowed for the change on a certificate upon approval from the court which presided over the naturalization. So it is possible to change your date of birth, but only through the Federal Court holding jurisdiction where you naturalized, U.S. DISTRICT COURT FOR THE NORTHERN DIST. OF CALIFORNIA AT SAN FRANCISCO.

You must request a hearing and present evidence to a judge of that court and then if the judge deems it proper, they may issue an order making this change. For USCIS to make the change to your certificate as you have requested, you must submit a copy of the court order changing your date of birth from the Federal Court.

If you submit any document that is not in English, it must be accompanied by a complete English translation. The translator must certify that he or she is competent to perform the translation and that the translation is accurate. Any English translation MUST be submitted together with a copy of the translated (foreign-language) original.

**PLACE THIS ENTIRE LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL. PLEASE USE THE ENCLOSED ENVELOPE TO MAIL THE ADDITIONAL EVIDENCE REQUESTED BACK TO THIS OFFICE.**

Sincerely,

Loren K. Miller
Director
Officer: 0534



U.S. Citizenship and Immigration Services

NADIA ZAWAIDEH
C/O NADIA ZAWAIDEH
229 NORTHWOOD DR
SOUTH SAN FRANCISCO, CA 94080

Dear Sir/Madam:

Your entire filing package, including supporting documentation, has been digitized and is electronically stored. USCIS is returning to you documentation submitted which has been classified as hard to replace.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833. Please also refer to the USCIS website: www.uscis.gov.

Thank you,
U.S. Citizenship and Immigration Services

APP N565            3930870
**3018145848550**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | October 30, 2018 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| N-565, Application for Replacement Naturalization-Citizenship Document | A026333003 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0905611200 | October 25, 2018 | 1 of 1 |
| | | DATE OF BIRTH |
| | | July 01, 1954 |

NADIA ZAWAIDEH
C/O NADIA ZAWAIDEH
229 NORTHWOOD DR
SOUTH SAN FRANCISCO, CA  94080

14  00005865

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $555.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $555.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE  68501-2521

**USCIS Customer Service Number:**

(800)375-5283




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C  07/11/14  Y



United States Department of State
Charleston Passport Center
44132 Mercure Circle
PO Box 1031
Sterling, Virginia 20166-1031

October 1, 2018

Nadia Jehad Zawaideh
229 Northwood Dr
S San Francisco, CA 94080

RE: 341628119

Dear Ms. Zawaideh:

Thank you for your recent application for a passport replacement. In order to continue processing your request, please submit the following:

- A corrected Certificate of Naturalization issued by U.S. Citizenship and Immigration Services (USCIS).

The Certificate of Naturalization does not indicate your correct date of birth. You will need to return the certificate to USCIS. It is recommended that you submit form N-565 Application for Replacement Naturalization/Citizenship Document to U.S. Citizenship and Immigration Services (USCIS). Once USCIS corrects the certificate, please forward it to this office so we can continue processing your application.

**Note: Your original and certified U.S. citizenship document and a black and white photocopy of that document must be submitted. The photocopy (front and back, if there is printed information on both sides) must be on 8 ½ inch by 11 inch paper, legible, and clear. The photocopy will be retained for record keeping purposes.**

To assist with processing your application, we must receive the requested information <u>within **ninety (90) days of the date shown on this letter.**</u> If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY/TDD: 1-888-874-7793)

**For general passport information or to check the status of your passport application, please visit us on-line at <u>travel.state.gov.</u>**





We The People
Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.
SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
PASSEPORT
PASAPORTE
USA
UNITED STATES OF AMERICA
Type / Type / Tipo
P
Code / Code / Código
USA
Passport No. / No. du Passeport / No. de Pasaporte
512885863
Surname / Nom / Apellidos
ZAWAIDEH
Given Names / Prénoms / Nombres
NADIA JEHAD
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
02 Feb 1954
Place of birth / Lieu de naissance / Lugar de nacimiento
JORDAN
Sex / Sexe / Sexo
F
Date of issue / Date de délivrance / Fecha de expedición
26 Feb 2014
Authority / Autorité / Autoridad
United States
Department of State
Date of expiration / Date d'expiration / Fecha de caducidad
25 Feb 2024
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27
USA
P<USAZAWAIDEH<<NADIA<JEHAD<<<<<<<<<<<<<<<<<<
5128858632USA5402023F2402251260044835<685832

THE HASHEMITE KINGDOM OF JORDAN
MINISTRY OF INTERIOR
CIVIL STATUS DEPARTMENT
AJLOUN CIVIL STATUS OFFICE

No. A 493168

## CERTIFICATE OF BIRTH

**INFANT DETAILS:**

    Name:  Nadia
    Place of birth:  Anjara
    Sex:  Female
    Date of birth:  1/7/1954

**PARENT DETAILS:**

  FATHER:
    Name: Sa'd
    Name of father: Thalji
    Name of grandfather: xx
    Family: Kufouf
    Religion: Christian
    Nationality: Jordanian

  MOTHER:
    Name: Saltiyya
    Name of father: Elias
    Name of grandfather: xx
    Family: Zaidan
    Religion: Christian
    Nationality: Jordanian

The above mentioned borned is registered at Ajloun Civil Status Office
on 28.7.1954         Under No.  2182
Date:   8.2.1982      Registration No.  74/32

Name:                                    Name:
Signature                                Signature



Hashemite Kingdom of Jordan
City of Amman

Embassy of the United States of America

1 **Paul G. Churchill**

Vice Consul of the United States of America at Amman, Jordan, duly commissioned and qualified, do hereby certify that ......Mr.......

Mahd QATARNEH

whose true signature and official seal are, respectively, subscribed and affixed to the foregoing (annexed) certificate (document), was on the ...11.. day of ...FEB 19 82. the date thereof certifying Officer of the Consular Section of the Ministry of Foreign Affairs of the Hashemite Kingdom of Jordan to whose official acts faith and credit are due.

IN WITNESS WHEREOF I have hereunto set my Hand and affixed the seal of the Embassy at Amman, Jordan this ...11... day of ......FEB 19 82..

Vice Consul of the
United States of America

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611139000
Cashier ID: sprinka
Transaction Date: 01/24/2019
Payer Name: NADIA ZAWAIDEH

MISCELLANEOUS PAPERS
 For: NADIA ZAWAIDEH
 Case/Party: D-CAN-3-19-MC-000015-001
 Amount:         $47.00

CASH
 Amt Tendered:  $47.00

Total Due:      $47.00
Total Tendered: $47.00
Change Amt:      $0.00

LB

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```